UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

A.A.,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT, DAVID J. VENTURELLA, SAM OLSON, BRIAN ENGLISH, and MARKWAYNE MULLIN,

Respondents.

CAUSE NO. 3:26-CV-979-CCB-SJF

ORDER

A.A., by counsel, moves to seal several filings in this case. ECF 10. However, he provides only a redacted brief in support (ECF 12), without providing an unredacted brief for the court's full review.

For these reasons, A.A. is ORDERED to file under seal an unredacted brief in support of his motion to seal (ECF 10) by **September 15, 2026**.

SO ORDERED on September 14, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge